UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of John Franko et al v. City of Chicago et al | Case | 08 C 2588 |
|---|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago and Suzanne Chevalier

| SIGNATURE |
|---|
| /s/ Kathryn M. Doi |
| FIRM |
| City of Chicago, Dept. Of Law |
| STREET ADDRESS |
| 30 N. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06274825 | (312) 744-0742 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ■  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐